<u>DISSENT BY GINOZA, J.</u>

I respectfully dissent to the majority's Order Accepting Application for Writ of Certiorari, and would dismiss the application as untimely.  <u>See</u> Hawaiʻi Revised Statutes § 602-59(c) (Supp. 2017); Hawaiʻi Rules of Appellate Procedure Rule 40.1(a) ("A party may seek review of the intermediate court of appeals' decision by filing an application for a writ of certiorari in the supreme court.  The application shall be filed within 30 days after the filing of the intermediate court of appeals' judgment on appeal . . . unless the time for filing the application is extended in accordance with this Rule.").

/s/ Lisa M. Ginoza

/s/ Kauanoe A.D. Jackson